SEAN K. KENNEDY, Bar No. 145632
Federal Public Defender
BRAD D. LEVENSON, Bar No. 166073
(E-mail: Brad_Levenson@fd.org)
MICHAEL D. WEINSTEIN, Bar No. 262179
(E-mail: Michael_Weinstein@fd.org)
Deputy Federal Public Defenders
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2026/7526
Facsimile: (213) 894-0081

Attorneys for Petitioner
DEAN PHILLIP CARTER

EDMUND G. BROWN
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
HOLLY D. WILKENS
Supervising Deputy Attorney General
ANNIE FEATHERMAN FRASER, Bar No. 144662
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, California 92101
Telephone: (619) 645-2427
Facsimile: (619) 645-2271
Email: Annie.Fraser@doj.ca.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PHILLIP CARTER,<br><br>Petitioner,<br><br>v.<br><br>VINCENT CULLEN, Warden,<br>California State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV-06-4532-RGK<br><br>**DEATH PENALTY CASE**<br><br>[28 U.S.C. § 2254]<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's order of July 12, 2007, the parties hereby submit a joint status report in the above titled matter. Petitioner filed his state habeas petition on June 22, 2007. The California Supreme Court ordered informal briefing on the petition pursuant to California Rule of Court 8.380(c) and 8.384(a). Respondent filed the informal response to the habeas petition on May 23, 2008. Petitioner's informal reply was filed on April 24, 2009. That petition is still pending in state court. The parties will file the next joint status report on or before September 1, 2010.

Respectfully submitted,

Sean K. Kennedy,
Federal Public Defender

DATED: May 24, 2010

By: */s/ Brad D. Levenson*
BRAD D. LEVENSON
MICHAEL D. WEINSTEIN
Deputy Federal Public Defenders

Attorneys for Petitioner
DEAN PHILLIP CARTER

EDMUND G. BROWN,
Attorney General
of the State of California

DATED: May 24, 2010

By: */s/ Per Authorization*
ANNIE FEATHERMAN FRASER
Deputy Attorney General

Attorneys for Respondent

**PROOF OF SERVICE**

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled below; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **STATUS REPORT** on the following individual(s) by:

| [XX] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [] Placing same in an envelope for hand-delivery addressed as follows: | [] Placing same in a sealed envelope for collection and mailing via the United States Post Office, addressed as follows: | [] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

Death Penalty Law Clerk
United States Courthouse, Room 801
312 North Spring Street
Los Angeles, CA 90012

This proof of service is executed at Los Angeles, California, on **May 26, 2010**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Diana Elliott*
**DIANA ELLIOTT**