JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PHILLIP CARTER,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL,[*] Warden of California State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 06-4532 RGK<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Denying First Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner.  The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

Dated: March 1, 2013.

                                          R. GARY KLAUSNER
                                          United States District Judge

---

[*] Kevin Chappell is substituted for his predecessors as Warden of California State Prison at San Quentin pursuant to Federal Rule of Civil Procedure 25(d).